The Honorable Robert S. Lasnik

DAVID A. HUBBERT
Deputy Assistant Attorney General

M. BLAIR HLINKA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6483 (Hlinka)
202-307-0054 (f)
M.Blair.Hlinka@usdoj.gov
Tax.civilwestern@usdoj.gov

Of counsel:
Nicholas W. Brown
U.S. Attorney, Western District of Washington

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR NOREN, an individual, WELLS FARGO BANK, N.A. AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation, GREENPOINT MORTGAGE FUNDING, INC., a New York corporation, and the INTERNAL REVENUE SERVICE, a federal agency,<br><br>　　　　　Defendants. | NO. 2:22-CV-115-RSL<br><br>DECLARATION OF M. BLAIR HLINKA RE: VERIFICATION OF STATE COURT RECORDS |

I, M. Blair Hlinka, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as a Trial Attorney with the United States Department of Justice, Tax Division, in Washington, D.C. I am assigned the responsibility of representing the federal defendant in the above-captioned case.

2. On February 2, 2022, the federal defendant removed this action to this Court. Dkt. # 1.

3. Pursuant to Local Rule W.D. 101(b), to the best of my knowledge and belief, the documents filed as Exhibit 1 to 5 to this declaration, together with Dkt. # 1-1 and #1-2, constitute a full and complete set of documents filed with the Clerk of King County Superior Court during the pendency of the King County lawsuit, 21-2-16794-9-SEA.

4. Exhibit 1 is the amended complaint filed by Plaintiff Tyler Carr and received by undersigned counsel on February 2, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of February, 2022.

> *s/ M. Blair Hlinka*
> M. BLAIR HLINKA
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Washington, D.C. 20044
> 202-307-6483 (Hlinka)
> 202-307-0054 (f)
> M.Blair.Hlinka@usdoj.gov
> *Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Binah Yeung
> Nicole Springstroh
> Cairncross & Hempelmann, P.S.
> 524 Second Ave., Ste. 500
> Seattle, WA 98104
> byeung@cairncross.com
> nspringstroh@cairncross.com
> Counsel for Plaintiff Tyler Carr
>
> Robert W. Norman, Jr.
> Nicholas A. Reynolds
> Houser LLP
> 600 University St., Ste. 1708
> Seattle, WA 98101
> nreynolds@houser-law.com
> rnorman@houser-law.com
> Counsel for Defendant Wells Fargo Bank, N.A.,
> as Trustee for Harborview Mortgage Loan Trust 2006-10
>
> Claire Taylor
> Stokes Lawrence, P.S.
> 1420 Fifth Ave., Ste. 3000
> Seattle, WA 98101
> Claire.Taylor@stokeslaw.com
> Counsel for Defendant Greenpoint Mortgage Funding, Inc.

I also hereby certify that on this 9th day of February, 2022, I caused such filing to be mailed through USPS to the following:

> Taylor Noren
> 3635 23rd Ave. W
> Seattle, WA 98199
> taynoren@gmail.com
> Defendant

                                      *s/ M. Blair Hlinka*
                                      M. BLAIR HLINKA
                                      Trial Attorney
                                      United States Department of Justice, Tax Division

VERIFICATION STATE COURT      -3-      U.S. Department of Justice
NO. 2:22-CV-115                                                      P.O. Box 683
                                                                                   Washington, D.C. 20044
                                                                                   202-307-6483 (v)