1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>     Plaintiff,<br><br> v.<br><br>TAYLOR NOREN, an individual, et al.,<br><br>     Defendants. | NO. 2:22-CV-00115-RSL<br><br>ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES |

 THIS MATTER came before the Court on February 24, 2022 upon the request of Plaintiff Tyler Carr, Defendant Wells Fargo, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10, and Defendant Internal Revenue Service for an Order Granting Joint Motion to Extend Case Deadlines. The Court has reviewed and considered the Joint Motion, any responses or replies thereto, and all other relevant pleadings and papers filed in this action.

 NOW, THEREFORE, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

 1. The Joint Motion to Extend Case Deadlines is GRANTED.

ORDER GRANTING JOINT MOTION TO EXTEND CASE
DEADLINES - 1
NO. 2:22-CV-00115-RSL

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

2. The case deadlines shall be extended as follows:

| Event | Date |
|---|---|
| Deadline for FRCP 26(f) Conference | March 18, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | March 25, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | April 1, 2022 |

3. This Order shall be effective immediately upon its entry.

Dated this 25th day of February, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES - 2
NO. 2:22-CV-00115-RSL

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308