UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TAYLOR NOREN, an individual, et al.,<br><br>　　　　　　　Defendants.<br><br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Counter- and Cross<br>　　　　　　Claim Plaintiff,<br><br>　v.<br><br>TYLER CARR, an individual, TAYLOR NOREN, an individual, AND WELLS FARGO BANK, N.A. AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation,<br><br>　　　　　　Counter- and Cross<br>　　　　　　Claim Defendants<br><br>　　　　　　and<br><br>NWBF, LLC, a Washington limited liability company formerly known as Isola Financial LLC | NO. 2:22-CV-00115-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION |

and also doing business as Northwest Builders Finance, STATE OF WASHINGTON DEPARTMENT OF SOCIAL & HEALTH SERVICE DIVISION OF CHILD SUPPORT, and DAVID STRAUS, an individual,

                Additional Cross Claim Defendants.

THIS MATTER came before the Court on March 28, 2022 upon the request of Plaintiff and Counterclaim Defendant Tyler Carr ("**Plaintiff**") for an Order Granting Unopposed Motion to Substitute Named Defendant and Amend Case Caption. The Court has reviewed and considered the Motion, any responses or replies thereto, and all other relevant pleadings and papers filed in this action. The Court, being fully advised, hereby FINDS as follows:

1. The United States of America is the proper party defendant.

2. Good cause exists to substitute the United States of America for the Internal Revenue Service under Federal Rules of Civil Procedure 15(a)(2) and Rule 21.

NOW, THEREFORE, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. Plaintiff's Unopposed Motion to Substitute Named Defendant and Amend Case Caption is GRANTED.

2. The United States of America is SUBSTITUTED for Defendant Internal Revenue Service as a party in this case.

3. The case caption is AMENDED to read as follows:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>    Plaintiff,<br><br> v.<br><br>TAYLOR NOREN, an individual, WELLS FARGO BANK, N.A. AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation, and the UNITED STATES OF AMERICA<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Counter- and Cross Claim Plaintiff,<br><br> v.<br><br>TYLER CARR, an individual, TAYLOR NOREN, an individual, AND WELLS FARGO BANK, N.A., AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation,<br><br>    Counter- and Cross Claim Defendants<br><br>    and<br><br>NWBF, LLC, a Washington limited liability company formerly known as Isola Financial LLC and also doing business as Northwest Builders Finance, STATE OF WASHINGTON DEPARTMENT OF SOCIAL & HEALTH SERVICE DIVISION OF CHILD SUPPORT, and DAVID STRAUS, an individual,<br><br>    Additional Cross Claim Defendants. | NO. 2:22-CV-00115-RSL |

Dated this 29th day of March, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented By:

CAIRNCROSS & HEMPELMANN, P.S.

 *s/ Binah B. Yeung*
Binah B. Yeung WSBA No. 44065
E-mail: byeung@cairncross.com
Nicole R. Springstroh WSBA No. 55714
E-mail: nspringstroh@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff Tyler Carr