UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>            Plaintiff,<br><br>  v.<br><br>TAYLOR NOREN, an individual, et al.,<br><br>            Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>            Counter- and Cross Claim Plaintiff,<br><br>  v.<br><br>TYLER CARR, an individual, et al.,<br><br>            Counter- and Cross Claim Defendants,<br><br>            and<br><br>NWBF, LLC, a Washington limited liability company formerly known as Isola Financial LLC and also doing business as Northwest Builders Finance, et al.,<br><br>            Additional Cross Claim Defendants. | NO. 2:22-CV-00115-RSL<br><br>**STIPULATION AND AGREED ORDER RELEASING INTEREST IN THE SUBJECT PROPERTY AND DISMISSING DEFENDANT DEPARTMENT OF SOCIAL AND HEALTH SERVICES DIVISION OF CHILD SUPPORT** |

STIPULATION AND AGREED ORDER RELEASING INTEREST IN THE SUBJECT PROPERTY AND DISMISSING DEFENDANT DEPARTMENT OF SOCIAL AND HEALTH SERVICES DIVISION OF CHILD SUPPORT - 1
NO. 2:22-CV-00115-RSL

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA  98104
office 206 587 0700 fax: 206 587 2308

COMES NOW, Plaintiff and Counterclaim Defendant Tyler Carr ("**Plaintiff**"), by and through counsel Cairncross & Hempelmann, P.S., Defendant and Counter- and Cross Claim Plaintiff United States of America (the "**United States**") on behalf of the Internal Revenue Service (the "**IRS**"), by and through counsel United States Department of Justice Tax Division, and Cross Claim Defendant State of Washington Department of Social and Health Services Division of Child Support ("**DSHS**"), by and through counsel Office of the Attorney General, and hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint for Partition by Sale of Real Property and to Quiet Title (the "**Complaint**") in King County Superior Court of Washington seeking a partition by sale and to quiet title to the real property located at 3635 23rd Avenue West, Seattle, Washington 98199, and legally described as:

> Lot 19, Block 3, Gilman's Addition to the City of Seattle, according to the plat thereof recorded in Volume 5 of Plats, Page 93, in King County, Washington.
>
> Tax Parcel No. 277060-0390-09

(the "**Property**"). On January 27, 2022, Plaintiff filed an Amended Complaint for Partition by Sale of Real Property and to Quiet Title (the "**Amended Complaint**") (Dkt. 5-1).

2. On February 2, 2022, the United States, on behalf of the IRS, removed this action to the United States District Court for the Western District of Washington (Dkt. 1).

3. On March 4, 2022, the United States filed its Answer, Counter- and Cross Claims (Dkt. 16). DSHS was named therein as an additional cross claim defendant.

4. In its Answer, Counter- and Cross Claims, the United States alleges that DSHS may claim an interest in the Property pursuant to 26 U.S.C. § 7403(b). The United States further alleges that DSHS recorded two separate Notices and Statements of Liens (the "**Notices**") in King County, Washington against Tyler Carr. The first was recorded on April 1, 2020 under Instrument No. 20200401001994 in the amount of $14,320.20. The second was recorded on April 2, 2020

STIPULATION AND AGREED ORDER RELEASING INTEREST IN THE SUBJECT PROPERTY AND DISMISSING DEFENDANT DEPARTMENT OF SOCIAL AND HEALTH SERVICES DIVISION OF CHILD SUPPORT - 2
NO. 2:22-CV-00115-RSL

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax: 206 587 2308

1  under Instrument No. 20200402001063 in the amount of $14,320.20. True and correct copies of
2  the Notices are attached hereto as **Exhibit A**.

3      5.    As set forth in the Notices, DSHS's liens attach to the real property owned by
4  "Tyler D. Carr." Plaintiff provided DSHS with documentation confirming that Tyler H. Carr, the
5  plaintiff in this action, is not the same individual.

6      6.    DSHS does not claim that it is entitled to any money from Plaintiff or that DSHS
7  has any liens or encumbrances on the Property because it does not claim any lien against Plaintiff's
8  interest in the Property. DSHS expressly disclaims and hereby releases any and all rights, title, and
9  interest in and to the Property.

10     7.    Based on the foregoing, Plaintiff, the United States, and DSHS respectfully request
11 entry of the Agreed Order, attached hereto, releasing any and all interest and dismissing DSHS
12 from this case with prejudice under Fed. R. Civ. P. 41.

DATED this 8th day of June, 2022.

Agreed to by:

**CAIRNCROSS & HEMPELMANN, P.S.**

/s/ Binah B. Yeung
Binah B. Yeung WSBA No. 44065
E-mail: byeung@cairncross.com
Nicole R. Springstroh WSBA No. 55714
E-mail: nspringstroh@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff Tyler Carr

STIPULATION AND AGREED ORDER RELEASING INTEREST IN THE SUBJECT PROPERTY AND DISMISSING DEFENDANT DEPARTMENT OF SOCIAL AND HEALTH SERVICES DIVISION OF CHILD SUPPORT - 3
NO. 2:22-CV-00115-RSL

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax: 206 587 2308

**DAVID A. HUBBERT**
Deputy Assistant Attorney General

*/s/ M. Blair Hlinka*
M. Blair Hlinka
E-mail:m.blair.hlinka@usdoj.gov
United States Department of Justice, Tax Division
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-6483
Facsimile: (202) 307-0054
Counsel for Defendant United States

**ROBERT W. FERGUSON**
Washington State Attorney General

*/s/ Joseph Christy*
Joseph Christy, WSBA No. 30894
E-mail: joseph.christy@atg.wa.gov
Office of the Attorney General
P.O. Box 40124
7141 Cleanwater Drive SW
Olympia, WA 98504-0124
Telephone: (360) 586-6549
Facsimile: (360) 586-6662
Counsel for Defendant Department of Social and Health Services

STIPULATION AND AGREED ORDER RELEASING INTEREST IN THE SUBJECT PROPERTY AND DISMISSING DEFENDANT DEPARTMENT OF SOCIAL AND HEALTH SERVICES DIVISION OF CHILD SUPPORT - 4
NO. 2:22-CV-00115-RSL

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax: 206 587 2308

**AGREED ORDER RELEASING INTEREST**

THIS MATTER came before the Court on the Stipulation of Plaintiff and Counterclaim Defendant Tyler Carr ("**Plaintiff**"), Defendant and Counter- and Cross Claim Plaintiff United States of America (the "**United States**") on behalf of the Internal Revenue Service (the "**IRS**"), and Cross Claim Defendant State of Washington Department of Social and Health Services Division of Child Support ("**DSHS**"). In making its ruling, the Court has relied on the pleadings and records on file in the above captioned case. Now, being fully advised in the premises, the Court hereby makes the following findings of fact and conclusions of law:

1. Plaintiff filed a Complaint for Partition by Sale of Real Property and to Quiet Title (the "**Complaint**") in King County Superior Court of Washington seeking a partition by sale and to quiet title to the real property located at 3635 23rd Avenue West, Seattle, Washington 98199, and legally described as:

> Lot 19, Block 3, Gilman's Addition to the City of Seattle, according to the plat thereof recorded in Volume 5 of Plats, Page 93, in King County, Washington.
>
> Tax Parcel No. 277060-0390-09

(the "**Property**"). On January 27, 2022, Plaintiff filed an Amended Complaint for Partition by Sale of Real Property and to Quiet Title (the "**Amended Complaint**") (Dkt. 5-1).

2. On February 2, 2022, the United States, on behalf of the IRS, removed this action to the United States District Court for the Western District of Washington (Dkt. 1). On March 4, 2022, the United States filed its Answer, Counter- and Cross Claims (Dkt. 16). DSHS was named therein as an additional cross claim defendant because it may claim an interest in the Property.

3. As set forth in the Notices and Statements of Liens (the "**Notices**") recorded in King County, Washington on April 1, 2020 under Instrument No. 20200401001994 in the amount of $14,320.20 and on April 2, 2020 under Instrument No. 20200402001063 in the amount of $14,320.20, DSHS's liens attach to the real property owned by "Tyler D. Carr."

STIPULATION AND AGREED ORDER RELEASING INTEREST IN THE SUBJECT PROPERTY AND DISMISSING DEFENDANT DEPARTMENT OF SOCIAL AND HEALTH SERVICES DIVISION OF CHILD SUPPORT - 5
NO. 2:22-CV-00115-RSL

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA  98104
office 206 587 0700 fax: 206 587 2308

4. Plaintiff provided DSHS with documentation confirming he, Tyler H. Carr, is a wholly separate individual.

5. Therefore, DSHS does not claim that it is entitled to any money from Plaintiff or that DSHS has any liens or encumbrances on the Property because it does not claim any lien against Plaintiff's interest in the Property. DSHS expressly disclaims and hereby releases any and all rights, title, and interest in and to the Property.

Having made the aforementioned findings of fact and conclusions of law, it is hereby:

ORDERED that DSHS has disclaimed and released all interest in the Property legally described as:

> Lot 19, Block 3, Gilman's Addition to the City of Seattle, according to the plat thereof recorded in Volume 5 of Plats, Page 93, in King County, Washington.
>
> Tax Parcel No. 277060-0390-09

because it does not claim any lien against Plaintiff's interest in the Property; and it is further

ORDERED that each party shall bear its own costs and fees, including attorneys' fees; and it is further

ORDERED that Defendant State of Washington Department of Social and Health Services Division of Child Support is hereby dismissed from this matter with prejudice under Fed. R. Civ. P. 41.

Dated this 9th day of June, 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND AGREED ORDER RELEASING INTEREST IN THE SUBJECT PROPERTY AND DISMISSING DEFENDANT DEPARTMENT OF SOCIAL AND HEALTH SERVICES DIVISION OF CHILD SUPPORT - 6
NO. 2:22-CV-00115-RSL

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA 98104
office 206 587 0700 fax: 206 587 2308