IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>TAYLOR NOREN, an individual, WELLS FARGO BANK, N.A., AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation, and the UNITED STATES OF AMERICA<br><br>            Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>            Counter- and Cross<br>            Claim Plaintiff,<br><br>   v.<br><br>TYLER CARR, an individual, TAYLOR NOREN, an individual, WELLS FARGO BANK, N.A., AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation,<br><br>            Counter- and Cross<br>            Claim Defendants,<br><br>            and<br><br>NWBF, LLC, a Washington limited liability company formerly known as Isola Financial LLC | NO. 2:22-CV-00115-RSL<br><br>**ORDER APPROVING STIPULATION BETWEEN THE UNITED STATES OF AMERICA AND DEFENDANT DAVID STRAUS AND DISMISSING DEFENDANT DAVID STRAUS** |

Order – Dismissal D. Straus
(Case No. 2:22-cv-00115-RSL) – 1

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
202-307-6483
M.Blair.Hlinka@usdoj.gov

and also doing business as Northwest Builders Finance, STATE OF WASHINGTON DEPARTMENT OF SOCIAL & HEALTH SERVICE DIVISION OF CHILD SUPPORT, and DAVID STRAUS, an individual,

     Additional Cross Claim Defendants.

This matter came before the Court on the Stipulation of Defendant and Counter- and Cross Plaintiff the United States of America ("United States") and Cross Claim Defendant David Straus. The Court has fully considered the Stipulation and is otherwise fully informed on the issues described therein. Pursuant to the Stipulation,

IT IS HEREBY ORDERED the Stipulation between the United States and Defendant David Straus is hereby approved.

IT IS HEREBY FURTHER ORDERED that David Straus, no longer claiming an interest in the Subject Property at issue, is hereby dismissed from this proceeding with prejudice under Fed. R. Civ. 41.

**IT IS SO ORDERED.**

Dated this 28th day of June, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

Order – Dismissal D. Straus
(Case No. 2:22-cv-00115-RSL) – 2

U.S. DEPARTMENT OF JUSTICE
P.O. Box 683
Washington, D.C. 20044
202-307-6483
M.Blair.Hlinka@usdoj.gov