IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>TAYLOR NOREN, an individual, WELLS FARGO BANK, N.A., AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation, and the UNITED STATES OF AMERICA<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Counter- and Cross Claim Plaintiff,<br><br>  v.<br><br>TYLER CARR, an individual, TAYLOR NOREN, an individual, WELLS FARGO BANK, N.A., AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation,<br><br>    Counter- and Cross Claim Defendants,<br><br>  and<br><br>NWBF, LLC, a Washington limited liability company formerly known as Isola Financial LLC | NO. 2:22-CV-00115-RSL<br><br>**ORDER APPROVING STIPULATION REGARDING PRIORITY BETWEEN THE UNITED STATES OF AMERICA, WELLS FARGO BANK, N.A., TYLER CARR, AND NWBF, LLC** |

Order – Stipulation
(Case No. 2:22-cv-00115-RSL) – 1

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C.  20044
202-307-6483
M.Blair.Hlinka@usdoj.gov

and also doing business as Northwest Builders Finance, STATE OF WASHINGTON DEPARTMENT OF SOCIAL & HEALTH SERVICES DIVISION OF CHILD SUPPORT, and DAVID STRAUS, an individual,

          Additional Cross Claim Defendants.

This matter came before the Court on the Stipulation between the United States of America, Tyler Carr, Wells Fargo Bank, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10, and NWBF, LLC. The Court has fully considered the Stipulation and is otherwise fully informed on the issues described therein. Pursuant to the Stipulation,

IT IS HEREBY ORDERED the Stipulation regarding the priority of the United States, Tyler Carr, Wells Fargo Bank, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10, and NWBF, LLC is hereby approved.

Respectfully presented by,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*M. Blair Hlinka*
M. BLAIR HLINKA
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States*

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2022.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Order – Stipulation
(Case No. 2:22-cv-00115-RSL) – 2

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
202-307-6483
M.Blair.Hlinka@usdoj.gov