IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR NOREN, an individual, WELLS FARGO BANK, N.A., AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation, and the UNITED STATES OF AMERICA<br><br>　　　　　　Defendants. | NO. 2:22-CV-00115-RSL<br><br>**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TAYLOR NOREN** |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Counter- and Cross<br>　　　　　　Claim Plaintiff,<br><br>　　v.<br><br>TYLER CARR, an individual, TAYLOR NOREN, an individual, WELLS FARGO BANK, N.A., AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-10, a Delaware corporation,<br><br>　　　　　　Counter- and Cross<br>　　　　　　Claim Defendants,<br><br>　　　　　　and<br><br>NWBF, LLC, a Washington limited liability company formerly known as Isola Financial LLC | |

Order Granting Motion for Default Judgment
(Case No. 2:22-cv-00115-RSL) – 1

and also doing business as Northwest Builders Finance, STATE OF WASHINGTON DEPARTMENT OF SOCIAL & HEALTH SERVICES DIVISION OF CHILD SUPPORT, and DAVID STRAUS, an individual,

                Additional Cross Claim Defendants.

Before the Court is the United States' Motion for Default Judgment Against Defendant Taylor Noren. Upon consideration of the motion, the record herein, and for good cause shown, IT IS HEREBY ORDERED:

1. The United States' Motion for Default Judgment against Defendant Taylor Noren is GRANTED.

2. Judgment shall be hereby entered for the United States and against Taylor Noren in the amount of $704,375.51 for the 2015 and 2016 tax years, as of September 15, 2022, plus further accrued penalties and interest accruing after that date, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) until paid.

3. The United States has valid federal tax liens against all property and rights to property of Taylor Noren, including, but not limited to, his interest in the Subject Property (commonly known as 3635 23rd Avenue West, Seattle, Washington 98199).

4. The federal tax liens against Taylor Noren encumbering the Subject Property are foreclosed.

5. Consistent with the procedures described in the court's order appointing a receiver, and when appropriate, the United States may submit a motion and order authorizing the sale of the subject property, consistent with the Stipulation between the United States, Plaintiff/Counterclaim Defendant Tyler Carr and Additional Cross Claim Defendants NWBF, LLC and Wells Fargo Bank, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10. Dkt. 47, 48.

//

Order Granting Motion for Default Judgment
(Case No. 2:22-cv-00115-RSL) – 2

Respectfully presented by,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*M. Blair Hlinka*
M. BLAIR HLINKA
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States*

Dated this 19th day of September, 2022.

Robert S. Lasnik
United States District Judge

Order Granting Motion for Default Judgment
(Case No. 2:22-cv-00115-RSL) – 3