HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR NOREN, an individual, et al.,<br><br>　　　　　Defendants. | NO. 2:22-CV-00115-RSL<br><br>ORDER TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY |

　　Pursuant to the Federal Rules of Civil Procedure and LCR 67, the clerk is directed to deposit funds into the Registry of the Court in the principal amount of $181,254.63.

　　Withdrawal and disbursement of these funds may be made only upon further order of the Court.

　　IT IS SO ORDERED.


　　DATED this 8th day of February, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable Judge Robert S. Lasnik

ORDER TO DEPOSIT FUNDS INTO THE
COURT'S REGISTRY

U.S. Department of Justice Tax Division
P.O. Box 683
Washington, DC 20044

*Presented by:*
DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ M. Blair Hlinka
M. Blair Hlinka
E-mail: m.blair.hlinka@usdoj.gov
United States Department of Justice, Tax Division
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-6483
Facsimile: (202) 307-0054
Counsel for Defendant Internal Revenue Service

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Binah B. Yeung
Binah B. Yeung WSBA No. 44065
E-mail: byeung@cairncross.com
Nicole R. Springstroh WSBA No. 55714
E-mail: nspringstroh@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff Tyler Carr

HOUSER LLP

/s/ Nicholas A. Reynolds
Nicholas A. Reynolds WSBA No. 44935
E-mail: nreynolds@houser-law.com
600 University Street, Suite 1708
Seattle, WA  98101
Telephone: (206) 596-7838
Facsimile: (206) 596-7839
Attorneys for Defendant Wells Fargo, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10

| | |
|---|---|
| 1 | LASHER, HOLZAPFEL, SPERRY & EBBERSON, PLLC |
| 2 | |
| 3 | /s/ Danial D. Pharris |
| 4 | Danial D. Pharris, WSBA No. 13617<br>E-mail: pharris@lasher.com |
| 5 | 601 Union Street, Suite 2600<br>Seattle, WA  98101 |
| 6 | Telephone: (206) 624-1230<br>Facsimile: (206) 340-2563 |
| 7 | Attorneys for Defendant NWBF, LLC |

ORDER TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY

U.S. Department of Justice Tax Division
P.O. Box 683
Washington, DC 20044