UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TYLER CARR, an individual,

           Plaintiff,

   v.

TAYLOR NOREN, an individual, et al.,

           Defendants.

NO. 2:22-CV-00115-RSL

ORDER TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY

Pursuant to the Federal Rules of Civil Procedure and LCR 67, the clerk is directed to deposit funds into the Registry of the Court in the principal amount of $32,250.

Withdrawal and disbursement of these funds may be made only upon further order of the Court.

IT IS SO ORDERED.

Dated this 24th day of February, 2023.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO DEPOSIT FUNDS
INTO THE COURT'S REGISTRY

U.S. Department of Justice Tax Division
P.O. Box 683
Washington, DC 20044

*Presented by:*
DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ M. Blair Hlinka
M. Blair Hlinka
E-mail: m.blair.hlinka@usdoj.gov
United States Department of Justice, Tax Division
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-6483
Facsimile: (202) 307-0054
Counsel for Defendant Internal Revenue Service

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Binah B. Yeung
Binah B. Yeung WSBA No. 44065
E-mail: byeung@cairncross.com
Nicole R. Springstroh WSBA No. 55714
E-mail: nspringstroh@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff Tyler Carr

HOUSER LLP

/s/ Nicholas A. Reynolds
Nicholas A. Reynolds WSBA No. 44935
E-mail: nreynolds@houser-law.com
600 University Street, Suite 1708
Seattle, WA 98101
Telephone: (206) 596-7838
Facsimile: (206) 596-7839
Attorneys for Defendant Wells Fargo, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10

1 | LASHER, HOLZAPFEL, SPERRY & EBBERSON, PLLC
2 |
3 | */s/ Danial D. Pharris*
4 | Danial D. Pharris, WSBA No. 13617
E-mail: pharris@lasher.com
5 | 601 Union Street, Suite 2600
Seattle, WA 98101
6 | Telephone: (206) 624-1230
Facsimile: (206) 340-2563
7 | Attorneys for Defendant NWBF, LLC
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

ORDER TO DEPOSIT FUNDS
INTO THE COURT'S REGISTRY

U.S. Department of Justice Tax Division
P.O. Box 683
Washington, DC 20044