UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TYLER CARR, an individual,

        Plaintiff,

   v.

TAYLOR NOREN, an individual, et al.,

        Defendants.

NO. 2:22-CV-00115-RSL

ORDER FOR DISBURSEMENT FROM THE COURT'S REGISTRY

Pursuant to the Federal Rules of Civil Procedure and LCR 67, the clerk is authorized and directed

(1) to draw check on the funds deposited in the registry of this court in the principal amount of $116,752.32 plus 55% of any accrued interest, payable to Tyler Carr and mail or deliver the check to his counsel of record, Binah B. Yeung WSBA No. 44065, and

(2) to draw check on the funds deposited in the registry of this court in the principal amount of $96,752.31 plus 45% of any accrued interest, payable to the United States of America and mail the check to the United States Department of Justice Tax Division c/o Stephanie Milton.

Once the checks have been issued, the Clerk of Court shall close the above-captioned matter.

1	IT IS SO ORDERED.

2

3	Dated this 23rd day of March, 2023.

4
	                               _____
5	                               Robert S. Lasnik
	                               United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER FOR DISBURSEMENT
FROM THE COURT'S REGISTRY

U.S. Department of Justice Tax Division
P.O. Box 683
Washington, DC 20044