1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8           WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TYLER CARR, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>TAYLOR NOREN, an individual, *et al*.,<br><br>                    Defendants. | NO. 2:22-CV-00115-RSL<br><br>ORDER GRANTING TYLER CARR'S MOTION FOR DISMISSAL |
| UNITED STATES OF AMERICA,<br><br>               Counter- and Cross<br>               Claim Plaintiff,<br><br>     v.<br><br>TYLER CARR, an individual, *et al*.,<br><br>               Counter- and Cross<br>               Claim Defendants<br><br>               and<br><br>NWBF, LLC, a Washington limited liability company formerly known as Isola Financial LLC and also doing business as Northwest Builders Finance, *et al*.,<br><br>               Additional Cross Claim<br>               Defendants. | |

ORDER GRANTING TYLER CARR'S MOTION FOR
DISMISSAL - 1

1   THIS MATTER comes before the Court on plaintiff and counterclaim defendant Tyler
2   Carr's motion for dismissal. Dkt. # 67. The United States agrees that Mr. Carr no longer holds an
3   interest in any of the matters remaining in this litigation and therefore does not oppose his
4   dismissal. The motion is GRANTED: Mr. Carr is hereby discharged from his obligations as a party
5   to this litigation and the claims asserted by and against him are DISMISSED with prejudice.

Dated this 2nd day of October, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge