UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER CARR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TAYLOR NOREN, et al.,<br><br>　　　　　Defendants. | NO. C22-115RSL<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

Counsel having indicated that this case can be administratively closed;

It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

DATED this 31st day of October, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REMOVING CASE FROM ACTIVE CASELOAD -1